# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ALBERT A. GRAYER

NO. 2026 KW 0110

**MAY 4, 2026**

---

In Re:   Albert A. Grayer, applying for supervisory writs, 21st
Judicial District Court, Parish of St. Helena, Nos.
19099, 17845, 18988, 19117.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include
the guilty plea and sentencing transcript for docket numbers 17845,
18988, 19099, and 19117, the bill of information, the uniform
commitment order, the relevant criminal court minutes, and any
other portions of the district court record that might support the
claims raised in the motion to clarify sentence. Supplementation
of this writ application and/or an application for rehearing will
not be considered. See Uniform Rules of Louisiana Courts of Appeal,
Rules 2-18.7 & 4-9. In the event relator elects to file a new
application with this court, he may do so without the necessity of
obtaining a return date, and the application shall be filed on or
before August 3, 2026. Any future filing on this issue should
include the entire contents of this application, the missing items
noted above, and a copy of this ruling.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT